10-4460-cv
Batyreva v. NYC Dept. Of Education

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of March, two thousand twelve.

PRESENT:
> DENNIS JACOBS,
> > _Chief Judge_,
> DENNY CHIN,
> SUSAN L. CARNEY,
> > _Circuit Judges_.

_____

Olga Batyreva,

> _Plaintiff-Appellant_,

> v.                                        10-4460-cv

New York City Department of Education,

> _Defendant-Appellee_.

_____

FOR PLAINTIFF-APPELLANT: Olga Batyreva, pro se, Brooklyn, NY.

FOR DEFENDANT-APPELLEE: Norman Taub Corenthal, Assistant Corporation Counsel, New York City Law Department, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Crotty, J.).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED.**

Plaintiff-Appellant Olga Batyreva, pro se, appeals from the district court's judgment granting summary judgment in favor of the defendant in her action alleging discrimination and retaliation on the basis of age and national origin, and raising a claim of First Amendment retaliation. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

A district court's application of the principles of claim and issue preclusion is reviewed de novo. See Bank of N.Y. v. First Millennium, Inc., 607 F.3d 905, 919 (2d Cir. 2010). Likewise, we review de novo a district court's grant of summary judgment, construing the evidence in the light

2

most favorable to the non-moving party.  See <u>Amador v. Andrews</u>, 655 F.3d 89, 94 (2d Cir. 2011).

Having conducted an independent and <u>de</u> <u>novo</u> review of the record, we affirm the district court's judgment for substantially the reasons stated in the magistrate judge's thorough and well-reasoned report and recommendation of August 23, 2010, and the district court's decision of October 1, 2010.

We have considered all of Batyreva's additional arguments -- including her arguments that the district judge was not impartial and that the defendant tried to improperly influence the outcome of the case -- and find them to be without merit.

Accordingly, the judgment of the district court is hereby **AFFIRMED**.

                                    FOR THE COURT:
                                    Catherine O'Hagan Wolfe, Clerk